1

2

3

4

5
        UNITED STATES DISTRICT COURT
6       WESTERN DISTRICT OF WASHINGTON
              AT TACOMA

7
    DANNY H. BRANDT,

8              Plaintiff,                    Case No. C07-5307 RBL/KLS

9         v.                                 ORDER GRANTING PLAINTIFF'S
                                             MOTION FOR EXTENSION
10   TODD COLEMAN, *et al.*,

11             Defendants.

12
           The Court, having reviewed Plaintiff's motion for extension of time (Dkt. # 15), and the
13
     balance of the record, does hereby ORDER:
14
           (1)    Plaintiff's motion for an extension of time to file a response to Defendants' motion for
15
     summary judgment (Dkt. # 12) is **GRANTED**.  The Court notes that Plaintiff filed his response on
16
     October 31, 2007.  (Dkt. # 18).
17
           (2)    The Clerk shall direct copies of this Order to Plaintiff and to counsel for Defendants.
18

19         DATED this 20th day of November,  2007.

20

21

22                                           Karen L. Strombom
                                             United States Magistrate Judge
23

24

25

26   ORDER - 1