# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANNY H. BRANDT

      v.

TODD COLEMAN, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5307RBL/KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendant's motion for summary judgment (Dkt #12) is GRANTED and Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE.

3. Plaintiff's motion for leave to amend complaint (Dkt #16) is DENIED.

December 21, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk